## AUGUST 30, 2005

No. 05A206.  JOHNSTON v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Application for

stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.